**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHILIP R. SHAWE, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> POTTER ANDERSON & CORROON LLP : <br> and KEVIN R. SHANNON, : <br> : <br> Defendants. : <br> : | Case No. 1:17-cv-01348-JEJ |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2017, I electronically filed a letter dated December 5, 2017 from Christopher M. Coggins to the Honorable John E. Jones, III (with Exhibits A and B thereto) under seal with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jennifer Gimler Brady, Esquire
> Potter Anderson & Corroon, LLP
> *Counsel for Defendants Potter Anderson & Corroon, LLP and Kevin R. Shannon*

I hereby certify that on December 5, 2017, I have emailed and caused copies of the document(s) to be delivered to:

> Jennifer Gimler Brady, Esquire
> Potter Anderson & Corroon, LLP
> *Counsel for Defendants Potter Anderson & Corroon, LLP and Kevin R. Shannon*

> */s/Christopher M. Coggins*
> Christopher M. Coggins (No. 4785)
> **COGGINS LAW** LLC
> 1007 N. Orange Street, 4th Floor
> Wilmington, Delaware 19801
> (302) 307-6905
> ccoggins@cogginslawfirm.com